UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-CV-81622-ROSENBERG/REINHART

EARTH SCIENCE TECH, INC.,

    Plaintiff,

v.

IMPACT UA, INC., et al.,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This matter is before the Court upon Defendant's Motion to Confirm Arbitration Award [DE 9] and Plaintiff's Cross-Motion to Partially Vacate Award [DE 20]. Both motions were referred for appropriate disposition to the Honorable Bruce E. Reinhart. On November 20, 2018, Judge Reinhart issued a Report and Recommendation recommending that Defendant's Motion be granted and Plaintiff's Motion be denied. DE 39. Plaintiff filed objections. DE 40. The Court has conducted a *de novo* review of Magistrate Judge Reinhart's Report and Recommendation, the objections, and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reinhart's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Reinhart's Report and Recommendation.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 39] is hereby **ADOPTED**;

2. Defendant's Motion to Confirm [DE 9] is **GRANTED**;

3. Plaintiff's Motion to Partially Vacate [DE 20] is **DENIED**;

4. Defendant's request for attorney's fees is **DENIED**;

5. Defendant shall e-mail a proposed final judgment in Microsoft Word format to Rosenberg@flsd.uscourts within two days of the date of rendition of this Order; and

6. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 12th day of December, 2018.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record