## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| **EARTH SCIENCE TECH, INC.** | |
| **Plaintiff,** | |
| v. | Case No. 9:14-cv-81622-RLR |
| **CROMOGEN BIOTECHNOLOGY CORPORATION**, *et al.,* | NOTICE OF APPEAL |
| **Defendants.** | |

**NOTICE IS HEREBY GIVEN** that Earth Science Tech, plaintiff in the above case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from all aspects of the Final Judgment in this action ordered on December 14, 2018 and entered on December 17, 2018.

Dated: Plantation, Florida
January 8, 2019

JOSEPH P. KLAPHOLZ, P.A.

By:    /s/ Joseph P. Klapholz
         Joseph P. Klapholz
     7951 S.W. 6th Street
     Suite 210
     Plantation, Florida 33324
     jklap@klapholzpa.com

and

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP

By:    /s/ Paul D. Sarkozi
         Paul D. Sarkozi
         Richard W. Trotter
         Alexandra Kamenetsky Shea
     900 Third Avenue

New York, New York 10022
Phone No. (212) 508-6700
Sarkozi@thsh.com
Trotter@thsh.com and
Shea@thsh.com
*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*