UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:14-CV-81622-RLR

EARTH SCIENCE TECH, INC.,

     Plaintiff,

v.

CROMOGEN BIOTECHNOLOGY CORP., et al.

     Defendant.

_____/

## FAILURE OF EST TO NOTIFY CROMOGEN OF THE RECEIVERSHIP

| | |
|---|---|
| 11/21/2018 | Report and Recommendation is issued by Magistrate Reinhart |
| 11/26/2018 | The receivership application was made on 11/26; ***No notice to Cromogen was provided*** |
| 12/12/2018 | Ex parte motion to shorten time was made on 12/12; ***No notice to Cromogen was provided*** |
| 12/21/2018 | Gene Burd called Paul Sarkozi and left a message on 12/21 regarding examination of EST representatives. ***Paul Sarkozi did not respond*** |
| 12/26/2018 | Gene Burd exchanged multiple emails with Paul Sarkozi regarding examination of EST personnel. ***Paul Sarkozi did not inform Gene Burd of the receivership.*** |
| 1/8/2019 | Gene Burd sent an email to Paul Sarkozi regarding examination of EST representatives. ***Paul Sarkozi did not respond.*** |
| 1/8/2019 | EST filed Notice of Appeal as to S.D. Fla. Court's Final Judgment (DE 45). ***EST did not inform the Court that it applied for receivership*** |
| 1/9/2019 | Hearing took place before Nevada District Court (Hon. Eric Johnson). No notice was provided to Cromogen |
| 1/11/2019 | The Nevada District Court entered an Order for Writ of Injunction and Appointment of Receiver. ***No notice was provided to Cromogen*** |
| 1/11/2019 | The Receiver allegedly directed the sale of a majority of EST's interest in Kannabioid, Inc. ***No notice was provided to Cromogen and no Court order was issued to that effect.*** |

| 1/24/2019 | Gene Burd contacted Paul Sarkozi with a request to provide full information about the sale of stock of Kannabioid, Inc. **No response to email has been received.** |
| 1/25/2019 | The suggestion of receivership was filed with the 11th Circuit. ***No notice was provided to Cromogen or to the Court.*** |

Dated: January 30, 2019

_/s/ M. Derek Harris_
M. Derek Harris
Florida Bar No. 097071
CARLTON FIELDS JORDEN BURT, P.A.
CityPlace Tower
525 Okeechobee Blvd., Ste. 1200
West Palm Beach, FL 33401-6350
Ph: (561) 659-7070
Fax: (561) 659-9191
dharris@cfjblaw.com

and

Gene M. Burd
DC Bar No. 100430
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006
Tel: (202) 677-4048
Fax: (202) 677-4049
gene.burd@agg.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 30, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

*/s/ M. Derek Harris*
M. Derek Harris
Florida Bar No. 097071
CARLTON FIELDS JORDEN BURT, P.A.
CityPlace Tower
525 Okeechobee Blvd., Ste. 1200
West Palm Beach, FL 33401-6350
Ph: (561) 659-7070
Fax: (561) 659-9191
dharris@cfjblaw.com

*Attorney for Defendant*