UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:14-CV-81622-RLR

EARTH SCIENCE TECH, INC.,

      Plaintiff,

vs.

CROMOGEN BIOTECHNOLOGY
CORPORATION, ET AL.,

      Defendants.

_____/

ANSWER OF GARNISHEE AND
DEMAND PURSUANT TO
FLORIDA STATUTES § 77.28 FOR
PAYMENT BY JUDGMENT
CREDITOR'S COUNSEL OF TD
BANK'S ATTORNEYS' FEES
FLORIDA BAR #472050

      Garnishee, TD Bank, N.A., by its undersigned attorney, answers the Writ of Garnishment served on it as follows:

      1.    At the time of the service of the Writ of Garnishment and at all times subsequent to such service, up to and including the time of the making of this Answer, TD Bank's records reflect the following account(s) which may be subject to the Writ of Garnishment:

| Account Number(s) | Name/Address on Account |
|---|---|
| None | |

      2.    Pursuant to provisions of §§ 77.06(2) and (3) of Florida Statutes, and subject to Court determination of the proper disposition of proceeds of the above account(s), TD Bank has retained the following sums:

| Account Number(s) | Amount Retained |
|---|---|
| None | |

      3.    TD Bank knows of no other person indebted to the Defendants, or any other person who may have any effects, goods, money or chattels of the said

Defendants, nor did TD Bank have in its possession or control any other tangible personal property of the Defendants.

4. Having fully answered the Writ of Garnishment served upon it, pursuant to Florida Statutes § 77.28 TD Bank demands that the party applying for such writ shall pay to Zeichner Ellman & Krause LLP the sum of $100. representing partial reimbursement for attorneys' fees expended by TD Bank in responding to this Writ of Garnishment.

WHEREFORE, TD Bank prays this Court enter its judgment determining proper disposition of any funds held pursuant to the Writ of Garnishment and hereby demands payment of statutory garnishment fees to be made payable to TD Bank, N. A.'s attorney.

Dated: February 5, 2019

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman, Esq.
Attorneys for Garnishee
  TD Bank, N.A.
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
flservice@zeklaw.com

I HEREBY CERTIFY that on February 5, 2019, a true copy of the foregoing Answer of Garnishee and Demand Pursuant to Florida Statutes § 77.28 for Payment By Judgment Creditor's Counsel of TD Bank's Attorneys' Fees was furnished by E-mail to Ilan A. Nieuchowicz, Esq. and Gene M. Burd, Esq., Carlton Fields Jordan Burt, P.A. and Arnall Golden Gregory LLP, Attorneys for Defendants at: ilan@carltonfields.com and gene.burd@agg.com.

By: _____
Attorney for TD Bank, N.A.

1000994